Denied.
See Doc 16.
Karen L. Litkovitz
U.S. Magistrate Judge

JUDGE KAREN L. LITKOVITZ
I WILL LIKE TO FILE A MOTION
ON NURSE GOODMAN FOR GIVING ME
TO MUCH MEDICATION TO MAKE ME
FALL DOWN ALSO I GOT THE LETTER
YOU SE MAIL OUT ME YOU TOLD ME
TO FILE A MOTION

FILED
J HEHMAN
ERK

AM 10:57

CT COU
DIST OH
NCINNATI

12-cv-389
HJW-KLL